IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOMINIC JOSEPH, M.D., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-03-5402 |
| § | |
| UNIVERSITY OF TEXAS MEDICAL § | |
| BRANCH AT GALVESTON and § | |
| WILLIAM READING, M.D., § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order entered December 30, 2005, and the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Dominic Joseph, M.D.'s case is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 23rd day of May, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE